STATE of Missouri, Respondent,

v.

David ORESCANIN, Appellant.

No. WD 46421.

Missouri Court of Appeals,
Western District.

May 17, 1994.

*Motion for Rehearing and/or Transfer to Supreme Court Denied June 28, 1994.*

Application to Transfer Denied
Aug. 15, 1994.

Matthew J. O'Connor, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM:

Appeal from conviction and sentence of first degree burglary, § 569.160, RSMo 1986

and from denial of Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 30.25(b) and Rule 84.16(b).